United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1266

_____

| | | |
|---|---|---|
| George May, | * | |
| | * | |
| Plaintiff-Appellant, | * | |
| | * | |
| v. | * | |
| | * | Appeal from the United States |
| Anheuser-Busch Companies, Inc.; | * | District Court for the |
| Anheuser-Busch Recycling Corporation; | * | Eastern District of Missouri |
| Busch Entertainment Corp.; Anheuser- | * | |
| Busch Container Recovery Corporation, | * | [UNPUBLISHED] |
| jointly and severally, | * | |
| | * | |
| Defendants-Appellees, | * | |

_____

Submitted:  November 5, 1997
Filed:  November 12, 1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

George May appeals the district court's[1] dismissal with prejudice of his first amended complaint pursuant to Federal Rule of Civil Procedure 8(a) for failing to

_____

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

identify defendants' actions giving rise to his copyright-infringement and related claims. Having carefully reviewed the records and the parties' submissions, we conclude that dismissal was warranted and that an extended discussion would lack precedential value. Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.